FILED'07 APR 26 13:38USDC-ORM

DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Bret Wyman**

**Plaintiff,**

vs.                                                                 Civil No. 06-cv-00530-CO

**Commissioner of Social Security**

**Defendant.**                                              ORDER GRANTING AWARD
                                                                       OF EAJA FEES

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$6.90**, costs in the amount of **$8.00**, and attorney's fees in the amount of **$4243.66** for total in the amount of **$4258.56**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 26 day of April, 2007.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**